UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>AIMER ALBERTO ALVARAN POSADA,<br>also known as "Hermanito," "Poveda" and "Santi"<br><br>        Defendant. | CRIMINAL NO. 19-CR-268 (TSC) |

## GOVERNMENT NOTICE OF INTENT TO CALL EXPERT WITNESSES AT TRIAL

The United States of America, by and through undersigned counsel, gives notice pursuant to Fed. R. Crim. P. 16(a)(1)(G) and Fed. R. Evid. 702 of its intent to call the following expert witnesses at trial: Department of Justice Language Specialist Judi O'Brien, former Drug Enforcement Administration ("DEA") Senior Forensic Chemist Victoria Broadstreet, Colombian Criminal Investigation Directorate Forensic Chemistry Laboratory Expert Alba Marina Ramirez Baquero, Colombian Criminal Investigation Directorate Forensic Analytical Chemist Expert Diana Carolina Castaneda Torres, and DEA Supervisory Special Agent ("SA") Nathaniel Clementson. Trial is currently scheduled to begin September 2, 2025.

Below is a summary of each expert witness's testimony, including the bases and reasons for their opinions. This summary includes the expert's qualifications, a list of all publications authored by the expert within the past ten years, and a list of all other cases in which the expert has testified as an expert at trial or by deposition during the past four years.

### Judi O'Brien

Ms. O'Brien will be qualified as an expert linguist in Spanish and will testify as to the accuracy of the translations of exhibits to be introduced at trial. Ms. O'Brien has an undergraduate degree from St. Mary's College of Maryland with a minor in Spanish and Latin American Studies and completed coursework towards a Master of Arts program from 1992 to 1995 at the Universidad

de Costa Rica in San Jose, Costa Rica. Ms. O'Brien holds a Master of Arts in Spanish and Latin American Studies from American University (2016). Ms. O'Brien has approximately 20 years of experience as a Spanish language translator and interpreter. She is certified by the American Translator's Association for Spanish to English translation. From 2010 to the present, she has been employed as a translator and language services coordinator with the Narcotic and Dangerous Drug Section, Criminal Division, U.S. Department of Justice. Ms. O'Brien has been qualified as an expert linguist in Spanish and testified in that capacity on multiple occasions. Ms. O'Brien will testify that she read documents in Spanish and translated the documents, or portions of the documents, to English, and listened to and viewed audio and recordings in Spanish and translated the audio and video, or portions of them, to English. She will also testify that she reviewed translations prepared by other translators for accuracy.

Within the previous four years, Ms. O'Brien was qualified as an expert linguist in Spanish capable of completing accurate Spanish-to-English translations in *United States v. Viton Rodriguez et al.,* 19-CR-224 (TJK) (D.D.C). Within the previous ten years, Ms. O'Brien also contributed to drafting *Federal Narcotics Prosecutions: Basic Principles of Domestic Narcotics Cases* (U.S. Department of Justice, Office of Legal Education, 2019), specifically Chapter 19, Section 6, titled "Cross-examining Non-English Speaking Witnesses."

Ms. O'Brien will testify that each respective English translation is a true and accurate translation of the Spanish document. Ms. O'Brien also will testify that she listened to recorded audio and/or video materials in Spanish and transcribed the audio material, or portions of the material in Spanish, then translated the original Spanish into English. She will testify that she reviewed transcribed material, and their corresponding translations into English prepared by others, for accuracy. Ms. O'Brien will testify that each English translation is a true and accurate of the recorded

audio and/or video material in Spanish. Ms. O'Brien's curriculum vitae and summary of testimony are attached to this Notice as Attachment A.

**Victoria Broadstreet**

Victoria Broadstreet will be qualified as an expert based on her prior employment with the DEA as a Senior Forensic Chemist and will testify about her forensic analysis of controlled substances seized by Colombian authorities on September 16, 2018, and October 16, 2018. Since August 2021, Ms. Broadstreet has been employed by the Department of the Navy and is currently assigned to the Navy's Drug Screening Laboratory. Prior to her employment with the Department of the Navy, Ms. Broadstreet was employed by the DEA as a Senior Forensic Chemist from early 2011 until July 2021. Ms. Broadstreet has a Bachelor of Science in Chemistry from the University of North Florida.

While employed by the DEA and assigned to DEA's Southeast Laboratory, her duties included analyzing evidence for the presence of controlled substances and testifying as to the results in court. She has received extensive training in testing for controlled substances. She has been qualified as an expert in the examination and identification of controlled substances and testified in that capacity approximately 60 times. Within the previous four years, Ms. Broadstreet has been qualified and testified as an expert in Florida state court in August 2021 and March 2023. The Government will supplement this filing to provide the corresponding case names and numbers. Ms. Broadstreet has not authored any publications within the previous ten years.

She will testify that on October 15, 2019, she received items under exhibit number 1B12, which had a net weight of approximately 10.030 kilograms, and a gross weight of 11.48 kilograms. She will further testify that on the same date, she received items under exhibit number 1B13, which had a net weight of approximately 10.037 kilograms, and a gross weight of 11.28 kilograms. Ms.

Broadstreet will testify that she tested both exhibits 1B12 and 1B13 for the presence of a controlled substance and determined that both tested positive for cocaine hydrochloride.

Ms. Broadstreet's curriculum vitae and summary of testimony are attached to this Notice as Attachment B.

**Alba Marina Ramirez Baquero**

Colombian Criminal Investigation Directorate Forensic Chemistry Laboratory Expert Alba Marina Ramirez Baquero will be qualified as an expert in forensic chemistry and will testify about her forensic analysis of the controlled substance seized by Colombian authorities on September 16, 2018.

Ms. Ramirez Baquero graduated from the National University of Colombia – School of Science with a degree in Chemistry. She earned a post-graduate degree in Quality Systems Administration and Management from Santo Thomas University, in Bogota, Colombia in 2011. She has been employed as a Forensic Chemistry Laboratory Expert with INTERPOL Criminal Investigation Directorate – Forensic Chemistry Laboratory since 2008. Her current duties include analyzing evidence for the presence of controlled substances and testifying as to the results of her analysis in court. She has received extensive training in the area of testing for controlled substances.

She will testify that she received evidence from analysis request number S-2018-144609 del 28-09-2018, case number 11-001-99144-2018-00265, that was seized by Colombian authorities in Valledupar, Colombia, on September 16, 2018, which she tested for the presence of a controlled substance. She concluded that samples she received, derived from an approximate 191-kilogram seizure, tested positive for the presence of cocaine.

Ms. Ramirez Baquero has not testified as an expert at a U.S. trial or deposition during the past 4 years, nor has she published any writings within the past 10 years. Forensic Chemistry

Laboratory Expert Ramirez Baquero's curriculum vitae and summary of testimony are attached to this Notice as Attachment C.

**<u>Diana Carolina Castaneda Torres</u>**

Forensic Analytical Chemist Expert Diana Carolina Castaneda Torres will be qualified as an expert in forensic chemistry and will testify about her forensic analysis of the controlled substance seized by Colombian authorities on October 16, 2018.

Ms. Castaneda Torres graduated from the Industrial University of Santander in Bucaramanga, Colombia, with a degree in Chemical Engineering. She has been employed as a Forensic Analytical Chemist Expert with the INTERPOL Criminal Investigation Directorate – Forensic Chemistry Laboratory since 2016. Prior to her employment with INTERPOL, she was employed by Halliburton Latin America as an Operations Field Engineer from 2010 until 2014. Her current duties include analyzing evidence for the presence of controlled substances and testifying as to the results of her analysis in court. She has received extensive training in the area of testing for controlled substances.

She will testify that she received evidence from analysis request number 0158278 del 2018-10-22, case number 11-001-99144-2018-00265, that was seized by Colombian authorities in Cartegena, Colombia, on October 16, 2018, which she tested for the presence of a controlled substance. She concluded that samples she received, derived from an approximate 172-kilogram seizure, tested positive for the presence of cocaine.[1]

Ms. Castaneda Torres has not testified as an expert at a U.S. trial or deposition during the past 4 years, nor has she published any writings within the past 10 years. Forensic Analytical Chemist Expert Castaneda Torres' curriculum vitae and summary of testimony are attached to this Notice as Attachment D.

---

[1] Ms. Castaneda Torres's summary of testimony is attached without a signature. Although she provided the content, the document required reformatting and re-signing. The reformatted version is attached, and the Government anticipates providing a signed copy shortly.

**Nathaniel Clementson**

Nathaniel Clementson is presently employed by the DEA as a Supervisory Special Agent (SA). He will be qualified as an expert to testify about the ways, means, and methods of drug trafficking organizations ("DTO") in Colombia, specifically Clan del Golfo ("CDG").

He graduated from The University of Alaska Anchorage in 2004 with a Bachelor of Arts in Justice. He has been employed by the DEA since 2008. After graduating from the DEA Academy in 2008, he was assigned to the Alaska District Office, in Anchorage, Alaska. His focus was on criminal investigations targeting regional drug traffickers.

From April 2015 to March 2020, he was assigned as a Special Agent in DEA's Colombia Country Office in Bogota, Colombia. In that capacity, he supported international drug trafficking investigations working closely with Colombian National Police ("CNP") officers and served as an advisor to specialized CNP units assigned to various locations across Colombia. His regular duties included debriefing confidential sources and cooperating defendants in international drug trafficking cases and developing information about criminal networks operating throughout the Western Hemisphere. During this period, he specialized in investigations involving CDG.

From March 2020 to March 2023, he worked as a Special Agent in DEA's Special Operations Division ("SOD"), Bilateral Investigations Unit, in Chantilly, Virginia, a specialized group of DEA Special Agents assigned to develop complex international conspiracy cases targeting significant extraterritorial criminal organizations. In that role he supported complex and multi-jurisdictional criminal investigations with a specific focus on transatlantic maritime cocaine smuggling. While assigned as a Special Agent in SOD, SA Clementson traveled extensively throughout the Western Hemisphere, utilizing confidential sources to infiltrate drug trafficking networks and gather evidence to support criminal prosecutions for violations of federal drug laws.

From April 2020 to August 2023, SA Clementson was also a core member of Project Vulcan, a Department of Justice initiative targeting MS-13 gang members in the United States and abroad. In that capacity, he performed undercover activities speaking both Spanish and English, conducted detailed financial investigations spanning multiple continents, and arrested and interviewed MS-13 criminal suspects.

From 2023 to 2024, SA Clementson was the Staff Coordinator for the DEA Special Operations Division, in in Chantilly, Virginia. In that capacity, he coordinated DEA efforts in complex criminal investigations globally, specializing in transatlantic cocaine smuggling. During this period, SA Clementson was the architect of a Task Force that dramatically increased transatlantic cocaine seizures.

SA Clementson is currently the Resident Agent in Charge of the DEA's Turkey Resident Office, in Istanbul, Turkey. In that capacity, he oversees the work of other DEA Special Agents and Intelligence Analysts across the Middle East supporting investigations into transnational criminal organizations involved in the manufacture and sale of illegal drugs. SA Clementson has not testified as an expert or deposition during the past 4 years, nor has he published any writings within the past 10 years.

SA Clementson will testify specifically about CDG, a paramilitary DTO based in Colombia. He will explain how narcotics are exported from Colombia, including the ways, routes, modes, and methods or transportation. He will provide historical background on CDG, explaining its origins and transformation from a well-intentioned militia self-defense force to paramilitary narco-trafficking organization. He will offer insight into CDG's organizational structure, hierarchy, and key historical members. He will describe CDG's general cocaine production and transport operations, known areas of operation and transit routes. And finally, SA Clementson will explain why, based on the evidence present in this case, an individual would have reasonable cause to believe that 363 kilograms of

7

cocaine produced and distributed within Colombia would be ultimately destined for the United States. SA Clementson's curriculum vitae and summary of testimony are attached to this Notice as Attachment E.

The Government reserves the right to supplement or amend its notice of intent to call expert witnesses in the above-captioned case and reserves the right to call rebuttal experts at trial.

Dated: Tuesday, July 1, 2025

                                              Respectfully Submitted,

                                              MARLON COBAR, Chief
                                              Narcotic and Dangerous Drug Section
                                              Criminal Division
                                              United States Department of Justice

By:    */s/ Josh Katcher*
        Josh Katcher
        Douglas Meisel
        Trial Attorneys
        Narcotic and Dangerous Drug Section
        Criminal Division,
        United States Department of Justice
        145 N Street, NE
        East Wing, Second Floor
        Washington, D.C. 20530
        Tel: 202-598-2281

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was sent via the CM/ECF system, to counsel of record for the defendant on Tuesday, July 1, 2025.

                                              */s/ Josh Katcher*
                                              Josh Katcher
                                              Trial Attorney
                                              Narcotic and Dangerous Drug Section
                                              Criminal Division
                                              Department of Justice